**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                        Civil Action No.  6:13-cv-01958-JA-KRS

JOHN DOE, subscriber assigned IP address
50.88.163.29,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
<u>WITH PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP Address 50.88.163.29.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: May 20, 2014                      Respectfully submitted,

                                                          By:    /s/ *M. Keith Lipscomb*
                                                          M. Keith Lipscomb (429554)
                                                          klipscomb@lebfirm.com
                                                          Lipscomb, Eisenberg & Baker, PL
                                                          2 South Biscayne Boulevard
                                                          Penthouse 3800
                                                          Miami, FL  33131
                                                          Telephone:  (786) 431-2228
                                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By: /s/ *M. Keith Lipscomb*
                                                  M. Keith Lipscomb