# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MALIBU MEDIA, LLC,**

    **Plaintiff,**

**v.**                                            **Case No: 6:13-cv-1958-Orl-28KRS**

**JOHN DOE,**

    **Defendant.**

## ORDER

In light of Plaintiff's Voluntary Dismissal with Prejudice of John Doe (Doc. 16), the Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on May 21, 2014.

*[signature]*
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties